```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**VICTORIA HUTCHESON**                                        **PLAINTIFF**

**v.**                      **Civil No. 05-5184**

**DR. MULLINS and**
**NURSE SUE McDONALD**                                        **DEFENDANT**

## O R D E R

Now on this 28th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #16), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this action is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                   **/s/Jimm Larry Hendren**
                                   **HON. JIMM LARRY HENDREN**
                                   **UNITED STATES DISTRICT JUDGE**